1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JACOB CHARLES CERVANTES,            1:10-cv-02066-AWI-GBC- (PC)

12          Plaintiff,
                                         ORDER DENYING SECOND MOTION
13   vs.                                 FOR APPOINTMENT OF COUNSEL
                                         (Doc. 9)
14   MARK PAZIN, et al.,

15          Defendants.

16   _____/

17          On November 10, 2010, the Court previously denied Plaintiff's motion for

18   appointment of counsel.  On November 15, 2010, plaintiff filed a second motion seeking the

19   appointment of counsel.  Plaintiff's second motion does not give the Court reason to reach a

20   result different from that expressed in its November 10, 2010 order.  The reasons discussed in the

21   Court's November 10, 2010 order denying Plaintiff's motion for appointment of counsel still

22   apply to Plaintiff's second motion for appointment of counsel.  Therefore, Plaintiff's second

23   motion for the appointment of counsel is HEREBY DENIED, without prejudice.

24   IT IS SO ORDERED.

25

     Dated:    November 19, 2010         _____
26                                        UNITED STATES MAGISTRATE JUDGE

27

28

                                        -1-